IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

| | |
|---|---|
| Criminal Case No. 14-po-00039-GPG | Court Deputy: P. Howell |
| Date: May 20, 2014 | Recorder: Grand Junction |
| UNITED STATES OF AMERICA,<br>Plaintiff, | AUSA Michelle Heldmyer |
| vs. | |
| JUSTIN O. FREE,<br>Defendant. | Pro se |

---

Court Minutes-Initial appearance

---

11:44 a.m.

Defendant present pro-se. AUSA Michelle Heldmyer present.

Government tenders Information. Copy provided to defendant.

Defendant is formally advised.

Court is in receipt of defendant's Motion to Quash Process and to Dismiss. Court finds motion is moot due to filing of information. Therefore Motion is Denied.

Defendant advised the court that he will be hiring private counsel.

*ORDER: Arraignment set for June 19, 2014 at 1:30 p.m. Defendant advised that he must be present.

Hearing concluded.
Court in recess: 11:49 a.m.
Hearing duration: 5 minutes.