AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

_____ District of ____Colorado___  14-po-00039-GPG

UNITED STATES OF AMERICA
v.

JUSTIN O. FREE

**Judgment in a Criminal Case**
(For a Petty Offense) — Short Form

Case No.

USM No.

Gary Fielder
Defendant's Attorney

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses: Defendant found Guilty

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| CFR §261.13 | Operating Motor Vehicle in Closed Area | 11-15-2013 | I |

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| Total: | Assessment | Fine |
|---|---|---|
| | $ 10.00 | $ 250.00 |

Last Four Digits of Defendant's Soc. Sec. No.: ▮▮▮▮

Defendant's Year of Birth: 1987

City and State of Defendant's Residence: _____

December 10, 2014
Date of Imposition of Judgment

_Signature of Judge_

Gordon P. Gallagher Magistrate Judge
Name and Title of Judge

December 11, 2014
Date